Before McCORD, RUSSELL and RIVES, Circuit Judges.

PER CURIAM.

This cause came on to be heard upon the Motion filed by Petitioner, National Labor Relations Board, to remand the above entitled and numbered cause for the purpose of vacating the Board's Order and dismissing the complaint—counsel for the respondents having filed his consent to said motion, and was submitted to the Court;

On consideration whereof, it is now ordered and adjudged by this Court that the above entitled and numbered cause be and it is hereby remanded to the National Labor Relations Board for the purpose of vacating its order and dismissing the complaint in the proceedings before it.

It is further ordered that a certified copy of the Motion to Remand, and of this judgment, be forwarded to the said National Labor Relations Board, and to the counsel for respondents by the Clerk of this Court.

PER CURIAM.

This cause came on to be heard upon the Motion filed by petitioner, National Labor Relations Board, to remand the above entitled and numbered cause for the purpose of vacating the Board's Order and dismissing the complaint—counsel for the respondent having filed his consent to said motion, and was submitted to the Court;

On consideration whereof, it is now ordered and adjudged by this Court that the above entitled and numbered cause be and it is hereby remanded to the National Labor Relations Board for the purpose of vacating its order and dismissing the complaint in the proceedings before it.

It is further ordered that a certified copy of the Motion to Remand, and of this judgment, be forwarded to the said National Labor Relations Board, and to counsel for respondents by the Clerk of this Court.

■

NATIONAL LABOR RELATIONS BOARD, Petitioner v. ATLANTA BRICK & TILE COMPANY, Respondent.

No. 13223.

United States Court of Appeals Fifth Circuit.

June 27, 1951.

A. Norman Somers, Asst. Gen. Cnsl. NLRB, David P. Findling, Assoc. Gen. Cnsl., Bernard Dunau, Atty. NLRB, all of Washington, D. C., for petitioner.

Weekes & Candler, Decatur, Ga., for respondent.

Before McCORD, RUSSELL and RIVES, Circuit Judges.

■

UNITED STATES of America ex rel. Marion BACHRACH, Isidor Begun, Alexander Bittelman, George Blake (Charney), Betty Gannett, Simon W. Gerson, Victor Jeremy Jerome, Albert Francis Lannon, Pettis Perry, Alexander Leo Trachtenberg, Louis Weinstock and William Wolf Weinstone, Relators-Appellants, v. UNITED STATES MARSHAL FOR SOUTHERN DISTRICT OF NEW YORK, Respondent-Appellee.

No. 299, Docket 22071.

United States Court of Appeals Second Circuit.

Argued June 27, 1951.

Decided June 27, 1951.

Harold I. Cammer, New York City, for relators Alexander Bittelman et al.

Michael I. Begun, New York City, for relator Isidor Begun.